# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07-CIV-9227

Date Filed: _____

Plaintiff:
**Harborview Master Fund, LP,**

vs.

Defendant:
**Lightpath Technologies, Inc.; Kenneth Brizel and Robert Ripp,**

For:
Ross J. Ellick
Cole, schotz, Meisel, Forman & Leonard,

,

Received by DGR on the 20th day of October, 2007 at 9:26 am to be served on LIGHTPATH TECHNOLOGIES, INC., 2603 Challenger Tech Ct., Suite 100, Orlando, FL 32826.

I, Doris C. Young, being duly sworn, depose and say that on the 24th day of October, 2007 at 9:16 am, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JIM GAYNOR** as **CEO** for **LIGHTPATH TECHNOLOGIES, INC.**, at the address of: **2603 Challenger Tech Ct., Suite 100, Orlando, FL 32826**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 56,  Sex: M,  Race/Skin Color: White,  Height: 6'2",  Weight: 265,  Hair: Gray, Glasses: Y

I certify that I am a Special Process Server, Sheriff appointed, in Orange County, Florida, pursuant to FS 48.021, and that I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

**Doris C. Young**
M008773

Subscribed and Sworn to before me on the 25th day of October, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**DGR**
**47 Bloomfield Avenue**
**Caldwell, NJ  07006**
**(800) 326-0404**

Our Job Serial Number: 2007010292
Ref: 419338
Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c