# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07-CIV-9227

Date Filed: _____

Plaintiff:
**Harborview Master Fund, LP,**

vs.

Defendant:
**Lightpath Technologies, Inc.; Kenneth Brizel and Robert Ripp,**

For:
Ross J. Ellick
Cole, schotz, Meisel, Forman & Leonard,

Received by DGR on the 20th day of October, 2007 at 9:26 am to be served on ROBERT RIPP, 2603 Challenger Tech Ct., Suite 100, Orlando, FL 32826.

I, Doris C. Young, being duly sworn, depose and say that on the 25th day of October, 2007 at 9:07 am, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ROBERT RIPP** at the address of: **2603 Challenger Tech Ct., Suite 100, Orlando, FL 32826**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based on inquiry by the affiant, the defendant is not an active duty member of the U.S. Armed Forces.

**Description** of Person Served: Age: 66, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 175, Hair: Gray, Glasses: Y

I certify that I am a Special Process Server, Sheriff appointed, in Orange County, Florida, pursuant to FS 48.021, and that I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Doris C. Young
M008773

Subscribed and Sworn to before me on the 25th day of October, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

DGR
47 Bloomfield Avenue
Caldwell, NJ 07006
(800) 326-0404

Our Job Serial Number: 2007010293
Ref: 419339
Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c