# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07-CIV-9227                              Date Filed: _____

**Plaintiff:**
**Harborview Master Fund, LP,**

vs.

**Defendant:**
**Lightpath Technologies, Inc.; Kenneth Brizel and Robert Ripp,**

**For:**
Ross J. Ellick
Cole, schotz, Meisel, Forman & Leonard,

Received by DGR on the 20th day of October, 2007 at 9:26 am to be served on KENNETH BRIZEL, 13432 Kitty Fork Rd., Orlando, FL 32828.

I, Doris C. Young, being duly sworn, depose and say that on the 1st day of November, 2007 at 9:12 pm, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **PATRICIA BRIZEL** as **SPOUSE** at the address of: **13432 Kitty Fork Rd., Orlando, FL 32828**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based on inquiry by the affiant, the defendant is not an active duty member of the U.S. Armed Forces.

**Description** of Person Served:  Age: 50,  Sex: F,  Race/Skin Color: White,  Height: 5'4",  Weight: 165,  Hair: Blonde,  Glasses: Y

I certify that I am a Special Process Server, Sheriff appointed, in Orange County, Florida, pursuant to FS 48.021, and that I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

JOSEPH C. PLEASANT, JR.
Comm# DD0641603
Expires 2/18/2011
Florida Notary Assn., Inc.

Doris C. Young
M008773

Subscribed and Sworn to before me on the 2nd day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

DGR
47 Bloomfield Avenue
Caldwell, NJ  07006
(800) 326-0404

Our Job Serial Number: 2007010291
Ref: 419337
Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c