UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HARBORVIEW MASTER FUND, LP, | CIVIL ACTION NO. 07 Civ. 9228 (NRB) |
| Plaintiff, | |
| -against- | |
| LIGHTPATH TECHNOLOGIES, INC., | **NOTICE OF MOTION** |
| KENNETH BRIZEL and ROBERT RIPP, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and accompanying Declaration of Ona T. Wang, Esq., Defendants, through their undersigned counsel, will move this Court at the United States Courthouse at 500 Pearl Street, New York, New York, on a date and time to be set by this Court, for an Order pursuant to Federal Rules of Civil Procedure 9(b) and 12(b) dismissing all claims against them in Plaintiff's Complaint.

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _____
Ona T. Wang (OW-5462)
Benjamin D. Pergament (admission pending)
Rebecca S.T. Khalil (New York state admission pending)
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200
(212) 589-4201 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, a copy of the foregoing **NOTICE OF MOTION, DECLARATION OF ONA T. WANG and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

_____
Theresa Blaber
Paralegal