UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HARBORVIEW MASTER FUND, LP, | CIVIL ACTION NO. 07 Civ. 9228 (NRB) |
| Plaintiff, | |
| -against- | |
| LIGHTPATH TECHNOLOGIES, INC., | **RULE 7.1 STATEMENT** |
| KENNETH BRIZEL and ROBERT RIPP, | |
| Defendants. | |

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant LightPath Technologies, Inc., certifies that the following publicly-traded companies own 10% or more of its stock:

NONE

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _____
Ona T. Wang (OW-5462)
Benjamin D. Pergament (admission pending)
Rebecca S.T. Khalil (New York state admission pending)
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200
(212) 589-4201 (fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, a copy of the foregoing **RULE 7.1 STATEMENT** was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

_____
Theresa Blaber
Paralegal