ColeSchotz-NJ          1/25/2008 11:01:34 AM   PAGE   2/002   Fax Server



## COLE SCHOTZ

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law                    A Professional Corporation

Ross J. Ellick
Member

Reply to New York Office
Writer's Direct Line 646-567-8953
Writer's Direct Fax 646-831-1063
Writer's E-Mail REllick@coleschotz.com

900 Third Avenue, 16th Floor
New York, NY 10022-4728
212.752.8000  212.752.8993 FAX

Court Plaza North
25 Main Street
P O Box 800
Hackensack, NJ 07602 0800
201.489.3000  201 489.1536 FAX



January 25, 2008

**VIA FACSIMILE – (212) 805-7927**

The Honorable Naomi R. Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

JAN 2 5 2008

      Re:    Harborview Master Fund v. LightPath Technologies, Inc., et al.
            07 Civ. ~~9928~~ (NRB)
                9228

Dear Judge Buchwald:

    This firm represents the plaintiff herein, Harborview Master Fund, LTD.

    Subject of course to Your Honor's approval, the parties have agreed to a short extension of the time by which the plaintiff may serve and file its amended complaint from January 25, 2008 to January 31, 2008. Correspondingly, the defendants would notify the plaintiff and the Court of their decision as to whether to answer or move to dismiss by February 14, 2008, as opposed to February 8 as originally scheduled.

    We thank the Court for its attention to this matter.

*So Ordered.*

*Naomi*
*Buchwald*
*1/25/08*

Respectfully,

Ross J. Ellick

RJE:mxl

cc: Ona T. Wang, Esq. (*via facsimile*)



4294V/0015-310898Uv1                    WWW.COLESCHOTZ.COM