
# Baker Hostetler



Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

February 26, 2008

Ona T. Wang
direct dial: 212.589.4254
owang@bakerlaw.com

**VIA FEDERAL EXPRESS**

The Honorable Naomi R. Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

Re:   *Harborview Master Fund v. LightPath Technologies, Inc., et al.,*
      *07 Civ. 9228 (NRB)*

Dear Judge Buchwald:

We represent all of the Defendants (LightPath Technologies, Kenneth Brizel and Robert Ripp) in the above-captioned action. At the Court's instruction, we have conferred with Mr. Ross Ellick, Esq., counsel for Plaintiff Harborview Master Fund LP, regarding a briefing schedule for Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. Subject to the Court's approval, the schedule agreed upon by the parties is as follows:

- Defendants' Motion to Dismiss due **March 28, 2008**.
- Plaintiffs' Opposition due **April 28, 2008**.
- Defendants' Reply due **May 9, 2008**.

So Ordered.

[signature]
2/29/08

Respectfully submitted,

[signature]
Ona T. Wang

cc:   Ross Ellick, Esq.