UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARBORVIEW MASTER FUND, LP,

        Plaintiff,

-against-

LIGHTPATH TECHNOLOGIES, INC.,

KENNETH BRIZEL and ROBERT RIPP,

        Defendants.

CIVIL ACTION NO. 07 Civ. 9228 (NRB)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on this 28th day of March 2008,, a copy of the foregoing **NOTICE OF MOTION, DECLARATION OF ONA T. WANG and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system, as well as by E-mail on the following counsel:

    Ross Jeffrey Ellick, Esq.
    Cole, Schotz, Meisel, Forman & Leonard, P.A.
    900 Third Avenue
    Hackensack, NY 10022
    Email: Rellick@coleschotz.com

                                             Theresa Blaber
                                             Paralegal