UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARBORVIEW MASTER FUND, LP,<br><br>Plaintiff,<br><br>-against-<br><br>LIGHTPATH TECHNOLOGIES, INC.,<br><br>KENNETH BRIZEL AND ROBERT RIPP<br><br>Defendant. | CIVIL ACTION NO. 07 CIV. 09228 (NRB)<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK    )
                     )   ss
COUNTY OF NEW YORK   )

WILLIAM MONGE, being duly sworn, deposes and says:

I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is Cole, Schotz, Meisel, Forman & Leonard, P.A., A Professional Corporation, 900 Third Avenue, New York, NY 10022. On April 28, 2008, I caused the **MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** within to be served via Federal Express upon the following:

Ona T. Wang, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

_____
WILLIAM MONGE

Sworn to before me this
28th day of April, 2008

_____
Notary Public

Nolan E Shanahan
Notary Public, State of NY
No. 02SH5050730
Qualified in New York County
Commission Expires 10/16/09

42949/0005-3110099v1