



MAY - 9 2008

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

May 8, 2008

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Ona T. Wang
direct dial: 212.589.4254
owang@bakerlaw.com

**VIA HAND DELIVERY**

The Honorable Naomi R. Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

Re: *Harborview Master Fund v. LightPath Technologies, Inc., et al.*,
    07 Civ. 9228 (NRB)

Dear Judge Buchwald:

We represent the Defendants in the above-captioned action, and write to request a short adjournment of Defendants' time to file their reply brief, as the parties are in settlement discussions. Plaintiff has agreed to a one-week adjournment, from May 9 to May 16.

Respectfully submitted,

Ona T. Wang

So Ordered.

[signature]
5/9/08

cc: Ross Ellick, Esq. (via e-mail)

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC