**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARBORVIEW MASTER FUND, LP, | CIVIL ACTION NO. 07 CIV. 09228 (NRB) |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| LIGHTPATH TECHNOLOGIES, INC., KENNETH BRIZEL AND ROBERT RIPP, | |
| Defendants. | |

**PLEASE TAKE NOTICE**, that the firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby enters its appearance as counsel on behalf of Plaintiff, Harborview Master Fund, L.P., Inc., in the above-captioned action and requests that copies of all pleadings and other papers (however designated) filed in this action, as well as notices given or required to be given in this action, be given and served upon the undersigned at the address listed below:

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> Attention: Steven L. Klepper
> Bar No.: SK-1012
> 900 Third Avenue – 16th Floor
> New York, New York 10022
> **Counsel for Plaintiff, Harborview Master Fund, L.P.**
> Telephone: (212) 752-8000
> Facsimile: (212) 752-8393
> Email: sklepper@coleschotz.com

42949/0005-1521791v1

FURTHER, if any limited service lists are used in the proceeding, undersigned requests inclusion thereon.

DATED:  May 14, 2008

I certify that I am admitted to practice in this Court.

By:   */s/ Steven L. Klepper*
     STEVEN L. KLEPPER