


Baker Hostetler



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 14, 2008

Ona T. Wang
direct dial: 212.589.4254
owang@bakerlaw.com

**VIA HAND DELIVERY**

The Honorable Naomi R. Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

Re:     *Harborview Master Fund v. LightPath Technologies, Inc., et al.,*
        *07 Civ. 9228 (NRB)*

Dear Judge Buchwald:

We represent the Defendants in the above-captioned action and write to request a
further adjournment to May 30 of Defendants' time to file their reply brief. The parties
had been discussing settlement for the past week to ten days, and it was not until late
this morning that Plaintiff's counsel indicated that further discussions would not be
productive at this time. Moreover, I will be having necessary surgery tomorrow and will
be out of the office for approximately a week to recover. Plaintiff has refused to
consent to any further adjournment of the reply date. This is our second request for an
adjournment; the parties had previously obtained a one-week adjournment from May 9
to May 16.

*Application
granted.*

*Naomi*

*Buchwald*

*U.S.D.J.*
*5/16/08*

Respectfully submitted,

Ona T. Wang

cc:     Steven Klepper, Esq. (via e-mail)