UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARBORVIEW MASTER FUND, LP,

    Plaintiff,

-against-

LIGHTPATH TECHNOLOGIES, INC.,

KENNETH BRIZEL and ROBERT RIPP,

    Defendants.

CIVIL ACTION NO. 07 Civ. 9228 (NRB)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on this 30th day of May 2008, a copy of the foregoing **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS and DECLARATION of ONA T. WANG** were filed electronically. Notice of these filings was sent to all parties by operation of the Court's electronic filing system, as well as by E-mail on the following counsel:

    S. Klepper, Esq.
    Cole, Schotz, Meisel, Forman & Leonard, P.A.
    900 Third Avenue
    New York, New York 10022
    Email: Sklepper@coleschotz.com

    _____
    Theresa Blaber
    Paralegal